H. & R. REALTY COMPANY, A CORPORATION, REALTOR, v.
JOHN QUIGLEY ET AL., RESPONDENTS.

Submitted December 3, 1923—Decided February 19, 1924.

**Zoning Ordinance—Case Controlled by Ignaciunas v. Risley,
1 N. J. Adv. R. 1023.**

On application for *mandamus*.

Before Justices TRENCHARD and CAMPBELL.

For the relator, *Mendelsohn & Mendelsohn*.

For the respondents, *Edward F. Merrey*.

PER CURIAM.

This is a rule to show cause why a *mandamus* should not
be awarded.

The relator desires to alter a dwelling which it owns at
100 Carroll street, Paterson, into a store.  It applied to
John Quigley, building inspector, for a permit to make the
alterations and was refused for the sole reason that the
property in question was placed in the residential zone by
the Paterson zoning ordinance, and by a provision of that
ordinance no store could be erected on the property in ques-
tion.

We think that this case, so far as this court is concerned,
is controlled by *Ignaciunas* v. *Risley* (*Supreme Court*), 1
*N. J. Adv. R.* 1023, and under the authority thereof a
peremptory *mandamus* should issue.

As this proceeding is before us on a rule to show cause,
the parties may prepare and mold the pleadings in this case,
to the end that the questions presented here may be passed
upon by the Court of Errors and Appeals, if the municipal
authorities desire to appeal from the result arrived at in this
court.